IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RONDA R. POOL                                                                      PLAINTIFF

v.                                              No. 4:20-CV-1491-JM

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security                                                                    DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice

Act ("EAJA") (Docket No. 16).  The Commissioner has responded and objected only to the

increased hourly fee requested for 2022.  After considering the motion and the response, the

Court is granting the motion as follows:  Plaintiff is awarded a reasonable attorney's fee of

$6,026.60 and costs of $402.00.  Payment should be to the order of Ronda R. Pool.

DATED this 3rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE